IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ALEJANDRINA PEREZ TRUJILLO, ET AL. | § | |
| VS. | § | CIVIL ACTION NO. 9:23cv191 |
| CODY DEGLANDON, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiffs Alejandrina Perez Trujillo and Jacinto de la Garza Vadez brought this lawsuit against Cody Deglandon, Thomas Austin, and Danna Warren for damages related to the death of their son, Jacinto de la Garza, a former inmate at the Lewis Unit.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends granting the defendants' Motion for Summary Judgment and dismissing all of Plaintiffs' claims against them.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the Report and Recommendation was mailed to addresses provided to the Court. No objections to the Report and Recommendation of United States Magistrate Judge have been filed.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Report and Recommendation of Magistrate Judge is ADOPTED. A separate

Final Judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 26th day of October, 2026.**

Michael J. Truncale
United States District Judge